UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH STEWART #98926 | CIVIL ACTION |
| VERSUS | NO. 06-213 |
| BURL CAIN | SECTION "K" (3) |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):
Defendant has failed to make a substantial showing of the denial of a constitutional right. Defendant has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Order and Opinion dated September 18, 2008.

Date: _____

_____
UNITED STATES DISTRICT JUDGE